# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Stacy Larsen,                                    Civil No. 09-3592 (RHK/JJG)

           Plaintiff,                           **ORDER**

v.

American Accounts & Advisers, Inc.
and John Doe,

           Defendants.

---

Based upon the Notice of Voluntary Dismissal with Prejudice (Doc. No. 2) filed by Plaintiff, **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** on the merits and without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: February 8, 2010

                                            s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge